UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB -7 P 2: 42

U.S. DISTRICT COURT
DISTRICT OF MASS.

GREGORY LAMBERT )
)
Petitioner, )
)
v. )  Civil Action No. 04-12694-DPW
)
MICHAEL A. THOMPSON, )
)
Respondent. )

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned as counsel for the respondent in the above-captioned matter.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

*Annette C. Benedetto*
Annette C. Benedetto
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200
BBO No. 037060