UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB -7  P 2: 42

U.S. DISTRICT COURT
DISTRICT OF MASS

GREGORY LAMBERT )
)
Petitioner, )
)
v. ) Civil Action No. 04-12694-DPW
)
MICHAEL A. THOMPSON, )
)
Respondent. )

## MOTION TO ENLARGE THE TIME
## FOR FILING A RESPONSIVE PLEADING

The respondent, Michael Thompson, Superintendent of M.C.I.-Shirley Medium in Shirley, Massachusetts, through counsel, respectfully moves this Court to enlarge the time in which to file an answer or other responsive pleading to the above-captioned petition for writ of habeas corpus to March 30, 2005.

As grounds therefor, the respondent's attorney states:

1. Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts requires the respondent to answer each allegation of the complaint and state whether the petitioner has exhausted state remedies including post-conviction actions. The Rule also requires that the respondent indicate what transcripts or parts of state court proceedings are available.

2. To this end, the respondent's attorney has requested the complete record of the petitioner's state court proceedings from the Hampden County District Attorney's office. The district attorney's office must locate the files, duplicate the records, including trial transcripts, and transmit a copy to the Attorney General's Office. These are time-consuming tasks which

2

District Attorney staffers must fit into their regular pressing duties. Additional time is needed to review all the documents and transcripts when they arrive, to research relevant issues and to draft an appropriate response to the petition.

3. In addition, the respondent's attorney is responsible for numerous post-conviction cases which include more than thirty federal habeas corpus petitions as well as direct criminal appeals, new trial motions, civil rights litigation and parole and probation matters.

WHEREFOR, the respondent respectfully moves this Court to enlarge the time for filing an answer or other responsive pleading in the above-captioned petition to March 30, 2005.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

*Annette C. Benedetto*
Annette C. Benedetto
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200
BBO No. 037060

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the petitioner's counsel by first class mail, postage pre-paid, on February 4, 2005, at the following address:

Thomas C. Foley, Esq.
P.O. Box 2187
So. Hamilton, MA 01982

3

## CERTIFICATE OF CONSULTATION

Pursuant to Local Rule 7.1 (A) (2), the respondent's attorney certifies that she telephoned the petitioner's counsel at 10:30 a.m. on February 4, 2005 and left a message on voice mail in order to confer with counsel about the above motion to enlarge the time for filing an answer or other responsive pleading. The respondent's counsel had not received a callback by the time the papers were delivered to the AGO mailroom.

*Annette C. Benedetto*
Annette C. Benedetto
Assistant Attorney General