UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-12694-DPW

GREGORY LAMBERT, )
    Petitioner. )
                                )   Opposition to Government's Motion To Dismiss
v.                             )   Petition Under 28 U.S.C. §2254
                                )   For Writ Of Habeas Corpus
MICHAEL A. THOMPSON, )
SUPERINTENDENT OF )
MCI-SHIRLEY, )
MEDIUM SECURITY )
    Respondent. )
                                )

       Now comes the Petitioner, Gregory Lambert, and submits Opposition to Government's Motion To Dismiss Petition Under 28 U.S.C. § 2254 For Writ of Habeas Corpus.

       As reasons therefor, the government's contention is that the evidence was sufficient to meet the Jackson v. Virginia standard so as to support convictions for distribution of cocaine, trafficking in cocaine, or trafficking in cocaine within 1,000 feet of a school. See Jackson v. Virginia, 443 U.S. 307 (1979)(habeas corpus petitioner entitled to habeas corpus relief if it is found that upon the evidence adduced at trial no rational trier of fact could have found proof of guilt beyond a reasonable doubt). However, as set forth more fully in the Legal Memorandum filed by the petitioner on December 3, 2004 along with his Petition, the evidence was not sufficient to prove the indictments upon which Mr. Lambert was ultimately found guilty, therefore the trial court erred in denying Mr. Lambert's motions for required findings of not guilty at the close of the Commonwealth's case, and his convictions must be set aside.

1

|  |  |
|---|---|
| March 28, 2005 | Respectfully submitted,<br>Gregory Lambert,<br>by his attorney,<br><br>_____<br>Thomas C. Foley,<br>USDC No. Pending<br>Attorney at Law<br>P.O. Box 2187<br>South Hamilton, MA 01982<br>(978) 239-7003 |

## CERTIFICATE OF SERVICE

I, Thomas C. Foley, hereby certify that a true copy of the Petitioner's Opposition to Government's Motion To Dismiss Petition Under 28 U.S.C. § 2254 For Writ of Habeas Corpus, was served on the following counsel by U.S. mail on March 28, 2005:

Annette C. Benedetto
Assistant Attorney General
Office of the Attorney General
One Ashburton Place
Boston, MA 02108-1598

_____
Thomas C. Foley