UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| GREGORY LAMBERT | ) | |
| Petitioner, | ) | |
| v. | ) | Civil Action No. 04-12694-DPW |
| MICHAEL A. THOMPSON, | ) | |
| Respondent. | ) | |

**RESPONDENT'S MOTION TO DISMISS**

The respondent in the above-captioned petition for writ of habeas corpus respectfully moves this Court to dismiss the action for failure to state a claim upon which habeas corpus relief can be granted. Fed. R. Civ. P. 1`2(b)(6). The petitioner has failed to demonstrate that the decision of the Massachusetts Appeals Court affirming his conviction was contrary to or an unreasonable application of clearly established Supreme Court law. 28 U.S.C. § 2254 (d)(1). A memorandum of law in support of this Motion is enclosed.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

/s/ Annette C. Benedetto
Annette C. Benedetto
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200
BBO No. 037060

2

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above document was served upon the petitioner's counsel by first class mail, postage pre-paid, on March 16, 2005, at the following address:

Thomas C. Foley, Esq.
P.O. Box 2187
So. Hamilton, MA 01982

                                  /s/ Annette C. Benedetto
                                  Annette C. Benedetto
                                  Assistant Attorney General


## CERTIFICATE OF CONSULTATION

      Pursuant to Local Rule 7.1 (A) (2) , the respondent's attorney certifies that she telephoned the petitioner's counsel on March 16, 2005 and left a message on voice mail in order to confer with counsel about the above motion.  The respondent's counsel had not received a call back by the time the papers were delivered to the AGO mail room.

                                  /s/ Annette C. Benedetto
                                  Annette C. Benedetto
                                  Assistant Attorney General