UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
GREGORY LAMBERT,                     )
       Petitioner,                   )
                                     )      CIVIL ACTION NO.
           v.                        )      04-12694-DPW
                                     )
MICHAEL A. THOMPSON,                 )
       Respondent.                   )
```

## ORDER OF DISMISSAL

WOODLOCK, District Judge

    In accordance with this Court's Memorandum and Order entered June 7, 2005, granting the Respondent's Motion to Dismiss, for the reasons stated therein,  it is hereby ORDERED that the above-entitled action be, and it hereby is, DISMISSED.

                    BY THE COURT,


                    /s/ Michelle Rynne
                    Deputy Clerk


DATED: June 7, 2005